HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SKYLA E. DARBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SKYLA E. DARBY,<br><br>Defendant. | Case No. 5:22-po-00050-SAB-1<br><br>STIPULATION TO DISMISS CITATION NO. 7898136, TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE FOR CITATION NO. 7898135, AND TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date: August 2, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Lieutenant Courtney Carroll, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Skyla E. Darby, that Citation No. 7898136 shall be dismissed pursuant to Federal Rule of Criminal Procedure 48(a) and that Citation No. 7898135 shall be resolved by payment of a fixed-sum in lieu of Ms. Darby's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

The government moves to dismiss Citation No. 7898136—charging Ms. Darby with a violation of 18 U.S.C. § 13 (incorporating California Vehicle Code 12500(a), driving without a license)—without prejudice, in the interest of justice, pursuant to Federal Rule of Criminal Procedure 48(a). The remaining citation—Citation No. 7898135—charges Ms. Darby with a violation of 18 U.S.C. § 13 (incorporating California Vehicle Code 22349(b), speeding. The parties hereby request that the Court permit Ms. Darby to pay the $350 forfeiture amount and

$30 processing fee in lieu of any further appearance in the case. Ms. Darby has agreed to this disposition. The parties further request that the Court continue the July 5, 2022 status conference to August 2, 2022, with the understanding that, should Ms. Darby pay the forfeiture amount and processing fee for Citation No. 7898135 before the August 2, 2022 status conference, the matter is resolved and her appearance will be unnecessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 24, 2022     */s/ Courtney Carroll*
COURTNEY CARROLL
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 24, 2022     */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
SKYLA E. DARBY

## ORDER

**IT IS SO ORDERED.** Citation No. 7898136 is hereby dismissed, without prejudice, in the interest of justice. The Court continues the status conference currently scheduled for July 5, 2022, to August 2, 2022, at 10:00 a.m. If the defendants pay the $350 forfeiture amount and $30 processing fee for Citation No. 7898135 prior to the August 2, 2022 status conference, the matter will be closed.

IT IS SO ORDERED.

Dated:  **June 24, 2022**

UNITED STATES MAGISTRATE JUDGE