HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SKYLA E. DARBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SKYLA E. DARBY,<br><br>Defendant. | Case No. 5:22-po-00050-SAB-1<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:   October 4, 2022<br>Time:  10:00 a.m.<br>Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Lieutenant Jason Baskett, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Skyla E. Darby, that the Court may continue the status conference currently scheduled for August 2, 2022, at 10:00 a.m. to October 4, 2022, at 10:00 a.m.

On June 24, 2022, the Court entered an Order authorizing Ms. Darby to resolve Citation No. 7898135 by payment of a fixed sum in lieu of her appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. Specifically, Ms. Darby agreed to pay a $350 forfeiture amount and $30 processing fee. The Court continued the July 5, 2022 status conference to August 2, 2022, with the understanding that, if Ms. Darby paid the forfeiture amount and processing fee before the August 2, 2022 status conference, the matter would be resolved and her appearance would be unnecessary.

Ms. Darby still desires to pay the forfeiture amount and processing fee in lieu of an

appearance in this case. However, Ms. Darby recently had a baby and has been struggling financially as a result. Ms. Darby is confident that, if given additional time, she will be able to pay the forfeiture amount and processing fee.

    Accordingly, Ms. Darby requests that the Court continue the status conference to October 4, 2022. The government has no objection to this request.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  July 27, 2022        */s/ Jason Baskett*
JASON BASKETT
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 26, 2022        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
SKYLA E. DARBY

## ORDER

**IT IS SO ORDERED.** The Court continues the status conference currently scheduled for August 2, 2022, to October 4, 2022, at 10:00 a.m. If the defendant pays the $350 forfeiture amount and $30 processing fee prior to the October 4, 2022, status conference, the matter will be closed.

IT IS SO ORDERED.

Dated:  **July 28, 2022**

UNITED STATES MAGISTRATE JUDGE